# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1574
_____

United States of America

*Plaintiff - Appellee*

v.

Pearson Patrick

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: November 14, 2023
Filed: November 17, 2023
[Unpublished]
_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Juges.
_____

PER CURIAM.

Pearson Patrick appeals the 396-month sentence imposed by the district court[1] after he pled guilty to child pornography offenses. His counsel has moved for leave

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence, as the court properly considered the factors listed in 18 U.S.C. § 3553(a), and did not err in weighing the relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (substantive reasonableness of sentence reviewed for abuse of discretion; abuse of discretion occurs when district court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors).

We have reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____